UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : No. 4:CR-18-281
:
JEFFREY R. BOYD : (Judge      )
Defendant :

FILED
SCRANTON
AUG 21 2018
PER_____
DEPUTY CLERK

### INDICTMENT

**THE GRAND JURY CHARGES:**

### Count 1

On or about July 31, 2018, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**JEFFREY R. BOYD,**

did knowingly possess a firearm and ammunition, to wit: a loaded Springfield Armory .45 caliber ACP pistol, model XDS, and additional .45 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that he was subject to a court order, issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from injuring, abusing, sexually assaulting, harassing, stalking, threatening, or otherwise

interfering with the protected person(s), and from use, attempted use or threatened use of physical force against the protected person(s) that would reasonably be expected to cause bodily injury, that by its terms explicitly required Boyd to immediately surrender all firearms and other dangerous weapons within his possession or control and any concealed carry license to law enforcement, to wit: an Emergency Order of Protection, issued on or about March 19, 2018 by the District Court of Tulsa County, State of Oklahoma, Case No. PO-20, 18-666.

In violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

## NOTICE OF FORFEITURE

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2) set forth in Count 1 of this Indictment, the defendant, **JEFFREY R. BOYD**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a loaded Springfield Armory .45 caliber ACP pistol, model XDS, and additional .45 caliber ammunition,

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

~~FOREPERSON~~

DAVID J. FREED
UNITED STATES ATTORNEY

DATE: 08/21/2018

By: *Michelle Olshefski*
MICHELLE OLSHEFSKI
ASSISTANT U.S. ATTORNEY