# 1N THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:18-CR-00281 |
| v. | (Judge Brann) |
| JEFFREY G. BOYD, | |
| Defendant. | |

## **ORDER**

**AND NOW**, this 11th day of February 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Suppress, December 6, 2018, ECF No. 53 is DENIED.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge