# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:18-CR-00281 |
| v. | (Judge Brann) |
| JEFFREY G. BOYD, | |
| Defendant. | |

## **ORDER**

**AND NOW**, this 11th day of February 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. The Government's Motion in Limine, January 10, 2019, ECF No. 62, is GRANTED.

2. The Defendant's Motion in Limine, January 14, 2019, ECF No. 65 is GRANTED in part and DENIED in part.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge