# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:18-CR-00281 |
| v. | (Judge Brann) |
| JEFFREY G. BOYD, | |
| Defendant. | |

## VERDICT FORM

March 21, 2019

**Members of the Jury:**

Answer the questions on this form as instructed by the Court. When you have completed the verdict form, each juror must sign and date the last page of the form. The foreperson should then seal the verdict form in an envelope and indicate to the bailiff that you have reached a unanimous verdict.

## Count One

On the charge contained in Count One of the Indictment, in violation of 18 U.S.C. § 922(g)(8), what is your verdict?

    __X__  Guilty

    _____  Not Guilty

*If you find the defendant guilty, proceed to page 3 and answer both of the special interrogatories.*

*If you find the defendant not guilty, do not answer the special interrogatories, and instead proceed to page 4.*

**Special Interrogatories**

Special Interrogatory No. 1

We the jury, unanimously find that the defendant, Jeffrey G. Boyd, possessed a Springfield Armory .45 caliber ACP pistol, model XDS, in violation of 18 U.S.C. § 922(g)(8).

Yes __X__   No _____

Special Interrogatory No. 2

We the jury, unanimously find that the defendant, Jeffrey G. Boyd, possessed .45 caliber ammunition in violation of 18 U.S.C. § 922(g)(8).

Yes __X__   No _____

*Proceed to page 4.*

*You have completed the verdict form. Each juror must sign and date the next page. The foreperson should then seal the verdict form in an envelope and press the buzzer to inform the bailiff that you have reached a unanimous verdict.*

## SIGNATURES

| | JUROR NAME | DATE |
|---|---|---|
| 1 | | 3-21-19 |
| 2 | | 3/21/19 |
| 3 | | 3-21-19 |
| 4 | | 3-21-19 |
| 5 | | 3/21/19 |
| 6 | | 3/21/19 |
| 7 | | 3-21-19 |
| 8 | | 3-21-19 |
| 9 | | 3-21-19 |
| 10 | | 3-21-19 |
| 11 | | 3/21/19 |
| 12 | | 3-21-19 |